## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Eric Jareczek

                Plaintiff,

v.                                               Case No.: 1:19–cv–00812

                                                           Honorable John Z. Lee

Terry Donati, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: General discovery supervision.(ca, ).Mailed notice.

Dated: October 1, 2020

                                                                               /s/ John Z. Lee

                                                                  United States District Judge