# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Eric Jareczek
                        Plaintiff,

v.
                                          Case No.: 1:19−cv−00812
                                          Honorable John Z. Lee

Terry Donati, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status is set on 11/16/2020 at 10:30 a.m. To join the telephone status hearing, dial (877) 336−1831, Access code is 5995354, Press #. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.